UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ADRIENNE AKINSETE, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A.;<br>REGIONAL TRUSTEE SERVICES<br>CORPORATION; and Does 1-10,<br><br>　　　　Defendants. | Case No.  5:14-cv-03947-EJD<br><br>[Assigned to the Hon. Edward J. Davila]<br><br>**ORDER REGARDING SETTLEMENT STATUS AND CONTINUED ORDER TO SHOW CAUSE HEARING** |

Upon review of the joint status report filed by the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.  The Order to Show Cause hearing is hereby CONTINUED from February 5, 2015 to **April 2 , 2015**. The hearing shall take place before the Honorable Edward J. Davila at 9:00 a.m. in Courtroom 4 (5th Floor) of the U.S. District Court, 280 South First Street, San Jose, California.

1      2.    The parties shall file a joint report regarding the status of settlement efforts within seven (7) calendar days of the continued Order to Show Cause hearing.

3      3.    The Order to Show Cause hearing shall be automatically vacated if the parties file a stipulated dismissal pursuant to FRCP 41(a) in advance of the hearing.

DATED:   1/27  , 2015

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER REGARDING SETTLEMENT STATUS AND CONTINUED ORDER TO SHOW CAUSE HEARING**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiff*

Penelope P. Bergman, Esq.
Deborah P. Gutierrez, Esq.
Amanda L. Gray, Esq.
BERGMAN & GUTIERREZ LLP
880 Apollo Street, Suite 334
El Segundo, CA 90245
Tel: 310.893.6200 | Fax: 310.998.2930
Email: penelope@b-g-law.com
Email: deborah@b-g-law.com
Email: amanda@b-g-law.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **January 27, 2015.**

| Barbara Cruz | /s/ Barbara Cruz |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |